UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
ELIZABETH HABER,              )
        Plaintiff             )
                              )
                v.            )  C.A. NO. 12-CV-30076-MAP
                              )
JOSEPH W. MASSEY and          )
CSX TRANSPORTATION, INC.,     )
        Defendants            )
```

MEMORANDUM AND ORDER RE:
REPORT AND RECOMMENDATION WITH REGARD TO
PLAINTIFF'S MOTION FOR REMAND
(Dkt. Nos. 5 & 10)

November 1, 2012

PONSOR, U.S.D.J.

This is a personal injury case, originally filed in state court, in which Plaintiff claims that she was struck by Co-Defendant Joseph W. Massey while he was employed by Co-Defendant CSX Transportation, Inc. As a result, Plaintiff suffered very serious injuries, including the loss of her leg.

Defendants removed the case to this court following Massey's filing of a Petition for Bankruptcy. Plaintiff thereafter filed a Motion to Remand, citing lack of subject matter jurisdiction, and requesting, alternatively, that the court abstain from adjudicating this case. See Dkt. No. 5.

This motion was referred to Magistrate Judge Kenneth P. Neiman for ruling. As Judge Neiman noted in his memorandum

(Dkt. No. 10), the First Circuit has yet to indicate definitively whether a ruling by a Magistrate Judge on a Motion to Remand should be treated as a Report and Recommendation. Out of an abundance of caution, Judge Neiman fashioned his memorandum in the form of a Report and Recommendation.

Judge Neiman's detailed memorandum carefully outlines the underlying facts and legal principles in this case. For this reason, it is not necessary for the court to go on at length. The recommendation is to the effect that the Motion to Remand should be allowed on abstention grounds. See Dkt. No. 10 at 20-21. This recommendation will be adopted. Abstention is fully warranted in this case.

Having reviewed the substance of the Report and Recommendation and finding it meritorious, the court, upon de novo review, hereby ADOPTS the Report and Recommendation (Dkt. No. 10). Based upon this, Plaintiff's Motion to Remand (Dkt. No. 5) is hereby ALLOWED. The clerk is ordered to return this case to the Berkshire County Superior Court. This case may now be closed.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge